# IN THE SUPREME COURT
## STATE OF NORTH DAKOTA

### 2022 ND 5

Raynard Leroy Lebeau,                                    Petitioner and Appellant

v.

State of North Dakota,                                    Respondent and Appellee

### No. 20210221

Appeal from the District Court of Cass County, East Central Judicial District, the Honorable Steven L. Marquart, Judge.

AFFIRMED.

Per Curiam.

Kiara C. Kraus-Parr, Grand Forks, ND, for petitioner and appellant.

Renata J. Olafson Selzer, Assistant State's Attorney, Fargo, ND, for respondent and appellee.

**Lebeau v. State**
No. 20210221

**Per Curiam.**

[¶1] Raynard Leroy Lebeau appeals from an order of the district court summarily dismissing his second application for postconviction relief. Lebeau argues the district court erred in dismissing his application because he received ineffective assistance of counsel in the underlying criminal matter. Because Lebeau's claims are barred by res judicata under N.D.C.C. § 29-32.1-12, and Lebeau failed to raise any genuine issue of material fact in response to the State's motion for summary dismissal, we summarily affirm under N.D.R.App.P. 35.1(a)(2) and (7); *See Atkins v. State*, 2021 ND 112, 961 N.W.2d 278 (summarily affirming denial of an application for postconviction relief under N.D.R.App.P. 35.1(a)(2) and (7) where the claims were barred by res judicata and the petitioner failed to raise a genuine issue of material fact).

[¶2]    Jon J. Jensen, C.J.
Gerald W. VandeWalle
Daniel J. Crothers
Lisa Fair McEvers
Jerod E. Tufte